FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AGUILAR, JR., <br><br> Petitioner, <br><br> v. <br><br> JOSEPH WOODRING, Warden, <br><br> Respondent. | Case No. CV 08-1903-AHS (JTL) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action without prejudice.

DATED: AUG - 8 2008

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

FILED
CLERK, U.S. DISTRICT COURT

JUN 26 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AGUILAR, JR.,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>JOSEPH WOODRING, Warden,<br><br>　　　　　　　　Repondent. | CASE NUMBER<br><br>CV 08-1903 AHS (JTL)<br><br>NOTICE OF FILING<br>OF MAGISTRATE JUDGE'S REPORT<br>AND RECOMMENDATION AND THE<br>LODGING OF PROPOSED JUDGMENT<br>AND/OR ORDER |

TO:　　All Parties of Record

You are hereby notified that pursuant to the Local Rules Governing Duties of Magistrate Judges, the Magistrate Judge's report and recommendation has been filed and a proposed judgment and/or order has been lodged on June 26, 2008, copies of which are attached.

Any party having objections to the report and recommendation and the proposed judgment and/or order shall, not later than July 16, 2008, file and serve a written statement of objections with points and authorities in support thereof before the Honorable Jennifer T. Lum, U.S. Magistrate Judge.

Failure to so object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of objections, or upon lapse of the time for filing objections, the case will be submitted to the District Judge for disposition. Following entry of judgment and/or order, all motions or other matters in the case will be considered and determined by the District Judge.

The report and recommendation of a Magistrate Judge is not a final appealable order. A notice of appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a judgment and/or order by the District Judge.

　　　　　　　　　　　　　　　　　　　　CLERK, UNITED STATES DISTRICT COURT

Dated:　　June 26, 2008　　　　　　　　By　　　　S. Anthony
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Attachments

M-51 (6/98)　　NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
　　　　　　　AND THE LODGING OF PROPOSED JUDGMENT AND/OR ORDER

CLERK, U.S. DISTRICT COURT
JUN 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AGUILAR, JR., | Case No. CV 08-1903-AHS (JTL) |
| Petitioner, | REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JOSEPH WOODRING, Warden, | |
| Respondent. | |

The Court submits this Report and Recommendation to the Honorable Alicemarie H. Stotler, United States District Judge, pursuant to the provisions of 28 U.S.C. Section 636 and General Order 05-07 of the United States District Court for the Central District of California.

## PROCEEDINGS

On March 20, 2008, Rene Aguilar, Jr. ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") by a Person in Federal Custody pursuant to 28 U.S.C. Section 2241. On May 2, 2008, Joseph Woodring ("Respondent") filed a Motion to Dismiss Petition for Writ of Habeas Corpus ("Motion to Dismiss"), alleging that Petitioner has been granted the relief he seeks and, thus, the Petition is moot. On May 29, 2008, the Court issued an Order noting that Petitioner had not yet filed an Opposition to the Motion to Dismiss, which was due on May 22, 2008. The Court sua sponte extended the time in which Petitioner could respond to

Respondent's Motion to Dismiss to June 10, 2008. To date, Petitioner has not filed an Opposition.

This matter is now ready for decision.

## BACKGROUND

Petitioner is presently incarcerated at the Federal Correctional Institution in Terminal Island, California ("FCI Terminal Island"). (See Petition at 2; Motion to Dismiss, Declaration of Jeff Vize ["Vize Decl."] ¶ 4A, Exh. A). Petitioner is currently serving a 135-month sentence for violating 21 U.S.C. Section 846 and 841(a)(1) (conspiracy to possess with intent to distribute marijuana, cocaine and cocaine base). (Vize Decl. ¶ 4B). Petitioner's projected release date with credit for good conduct is March 19, 2011. (Id.).

On March 10, 2008, Petitioner filed a BP-9 Request for Administrative Remedy Form[1] in which he asserted that he should qualify for early release under 18 U.S.C. Section 3621(e) in light of the Ninth Circuit's decision in Arrington v. Daniels, 516 F.3d 1106 (9th Cir. 2008). (See Vize Decl. ¶¶ 8-9, Exhs. C, D). In Arrington, the Ninth Circuit held that the Bureau of Prisons ("BOP") failed to set forth a valid rationale for categorically excluding those convicted of offenses involving the carrying, possession, or use of a firearm or other dangerous weapon or explosives from eligibility for early release under Section 3621(e).[2] See Arrington, 516 F.3d

---

[1] The BOP has established an administrative remedy procedure that requires an inmate to (1) informally present his complaint to the staff (on a BP-8 form), (2) present a formal written complaint to the Warden of the institution where he is confined (on a BP-9 form), (3) present an appeal to the Regional Director (on a BP-10 form), and (4) present a final appeal to the Central Office of the BOP (on a BP-11 form). 28 C.F.R. § 542.10 et seq. Upon completing this multiple-tiered review process, federal inmates are considered to have exhausted their administrative remedies.

[2] Section 3621(e) provides, in relevant part:

> Period of custody. The period a prisoner convicted of a nonviolent offense remains in custody after successfully completing a treatment program may be reduced by the Bureau of Prisons, but such reduction may not be more than one year from the term the prisoner must otherwise serve.

(continued...)

1 |         Accordingly, it appears that you may have basis for relief under
2 |         this 9th Circuit ruling.

(Vize Decl., Exh. E). On April 17, 2008, Petitioner was re-evaluated for early release, and was deemed eligible. (See Vize Decl. ¶ 5, Exh. B ("18 USC 3621 RELEASE ELIGIBLE"; "3621 ARRINGTON RLS ELIGIBLE")).

## DISCUSSION

## THE PETITION MUST BE DISMISSED AS MOOT

Article III of the United States Constitution limits the jurisdiction of federal courts to deciding "cases" and "controversies." U.S. Const. art. III; Allen v. Wright, 468 U.S. 737, 750 (1984). "At any stage of the proceeding a case becomes moot when 'it no longer present[s] a case or controversy under Article III, § 2 of the Constitution.'" Abdala v. INS, 488 F.3d 1061, 1063 (9th Cir. 2007) (quoting Spencer v. Kemna, 523 U.S. 1, 7 (1998)); see also Preiser v. Newkirk, 422 U.S. 395, 401 (1975) ("[A]n actual controversy must be extant at all stages of review, not merely at the time the complaint is filed."). The test for mootness is "whether the court can 'undo' the effects of the alleged wrongdoing." Reimers v. Oregon, 863 F.2d 630, 632 (9th Cir. 1988) (citing Garcia v. Lawn, 805 F.2d 1400, 1402 (9th Cir. 1986) ("The test for mootness of an appeal is whether the appellate court can give the appellant any effective relief in the event that it decides the matter on the merits in his favor. If it can grant such relief, the matter is not moot.")); see Chew v. Gates, 27 F.3d 1432, 1437 (9th Cir. 1994) ("If there is no longer a live dispute between the parties or a possibility that a plaintiff can obtain further relief, a case is moot.").

In the Petition, Petitioner claims that he was categorically denied eligibility for a one-year sentence reduction in violation of the Ninth Circuit's decision in Arrington, and appears to request that the Court order the BOP to reevaluate him for early release eligibility. (See Petition, Memorandum). As previously stated, however, Petitioner was re-evaluated for early release on April 17, 2008, and was deemed eligible. (See Vize Decl. ¶ 5, Exh. B). Thus, it

appears that Petitioner has been granted the relief he seeks and there is no further relief that this Court can grant him with respect to the instant Petition. See Canez v. Guerrero, 707 F.2d 443, 446 (9th Cir. 1983) ("The court has no jurisdiction to hear any case in which events have occurred that prevent it from granting effective relief."). Accordingly, the Petition should be denied and the action should be dismissed without prejudice as moot.[3]

## RECOMMENDATION

IT THEREFORE IS RECOMMENDED that the District Court issue an Order: (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus; and (3) denying the Petition and dismissing this action without prejudice as moot.

Dated: June 26, 2008

                               /s/
                               JENNIFER T. LUM
                               UNITED STATES MAGISTRATE JUDGE

---

[3] Because the Court finds the Petition must be dismissed as moot, the Court does not reach Respondent's alternative argument that the Petition should be dismissed for failure to exhaust administrative remedies. (See Motion to Dismiss at 6 n.5).

# PROPOSED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AGUILAR, JR., <br><br> Petitioner, <br><br> v. <br><br> JOSEPH WOODRING, Warden, <br><br> Respondent. | Case No. CV 08-1903-AHS (JTL) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action without prejudice.

DATED: _____

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

# PROPOSED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AGUILAR, JR., | Case No. CV 08-1903-AHS (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOSEPH WOODRING, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: _____

ALICEMARIE H. STOTLER<br>
UNITED STATES DISTRICT JUDGE