FILED
CLERK, U.S. DISTRICT COURT
AUG - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE AGUILAR, JR., | Case No. CV 08-1903-AHS (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOSEPH WOODRING, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: AUG - 8 2008

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE